[No. 15635–7–I. Division One. December 3, 1985.]

THE CITY OF SEATTLE, *Petitioner,* v. DAVID NANCE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–02194–9, Horton Smith, J., entered November 7, 1984. *Reversed* and *remanded* by unpublished opinion per Webster, J., concurred in by Ringold and Coleman, JJ.

[No. 15545–8–I. Division One. December 3, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK S. BROUGHTON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–1–00445–7, Daniel T. Kershner, J., entered October 26, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 7392–7–II. Division Two. December 3, 1985.]

PIERCE COUNTY, *Respondent,* v. EVAN MCCORD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–00289–9, Thomas A. Swayze, Jr., J., entered April 15, 1983. *Dismissed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.